REVELONE, INC., Appellant, v. ARLIND REALTY CORPORATION et al., Respondents, et al., Defendants.— Order entered December 15, 1947, insofar as it adheres, on rehearing, to the original decision which granted the motion of defendants-respondents for summary judgment dismissing the complaint unanimously reversed, without costs; and otherwise affirmed. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 958.]

DAVID B. BARASH, Respondent, v. MARGOT DRESSES, INC., et al., Appellants.— Order unanimously modified by striking out of the complaint paragraphs 3, 5, 7, 10, 13, 21, 23, 25, 28, 31, 37, 39, 41, 44 and 47, and, as so modified, affirmed, with $20 costs and disbursements to the appellants, with leave to the defendants to answer within ten days after entry of order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

EASTERN STATES ELECTRICAL CONTRACTORS, INC., et al., Appellants, v. NEW YORK CASUALTY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 964.]

NEW YORK CASUALTY COMPANY, Appellant, v. PETER R. KUHN et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for summary judgment in favor of plaintiff granted as demanded in the complaint on the ground that there are no triable issues. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 964.]

NEW YORK CASUALTY COMPANY, Respondent, v. PETER R. KUHN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 964.]

ALFRED G. BENNETT, Plaintiff, v. LONG ISLAND RAIL ROAD COMPANY, Respondent, and AUGUST POSILLICO, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARJORIE RAGON et al., Plaintiffs, v. LONG ISLAND RAIL ROAD COMPANY, Respondent, and AUGUST POSILLICO, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MEYER EDELSTEIN, Respondent, v. MAURICE RABIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

DELLA GUISE, Respondent, v. MANGEORGE REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LEARY, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

FREDERIC P. WARFIELD, Appellant-Respondent, v. PENMAC CORPORATION, Defendant, and EVERSHARP, INC., Respondent-Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.